IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02633-WYD-MJW

JOE SILVERMAN,

     Plaintiff,

v.

ACCELERATED FINANCIAL SOLUTIONS, L.L.C.,

     Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with the Notice of Withdrawal of Complaint and Voluntary

Dismissal of Action with Prejudice Pursuant to Rule 41(a) filed December 6, 2013, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(i).

Dated:  December 6, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge